UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 21-02794-SK                                                     Date: January 21, 2022

Title  Maisha Hartfield v. Kilolo Kijakazi

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|     Connie Chung     |     n/a     |
|---|---|
|     Deputy Clerk     |     Court Reporter / Recorder     |

Attorneys Present for Plaintiff(s):               Attorneys Present for Defendant(s):

None present                                                       None present

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On March 31, 2021, Plaintiff, proceeding pro se, filed a complaint challenging Defendant's denial of social security benefits. (ECF 1). On April 2, 2021, the Court issued an "Order Re: Procedures in Social Security Appeal," which instructed Plaintiff to provide government counsel with her portion of the joint submission, or alternatively, to file a motion in support of her complaint, within 35 days of service of Defendant's answer. (ECF 7). On October 12, 2021, Defendant filed the answer. (ECF 13). But as of the date of this Order, Plaintiff has not filed the required document, nor has she filed a request for an extension of time to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **February 18, 2022**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by submitting her portion of the Joint Submission to Defendant by no later than February 18, 2022 and submitting a notice to the Court within 48 hours that she has timely done so. Alternatively, Plaintiff can discharge this Order to Show Cause by filing a motion in support of her complaint by no later than February 18, 2022.

Plaintiff is advised that the failure to comply with and file a timely response to this Order may result in this action being involuntarily dismissed. See Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff wishes to voluntarily dismiss this action, she may do so by filing the attached notice of voluntary dismissal (CV-09).